# Philadelphia to use, Appellant, *v.* Fairhill Railroad Company (No. 1).

*Municipal liens—Water pipe—Railroads—Right of way—Real estate—Act of June 4, 1901, P. L. 364.*

The roadbed of a public railroad is not "real estate" within the meaning of the Act of June 4, 1901, P. L. 364, and is not subject to assessment for local taxation or municipal claims.

Argued Oct. 14, 1909.   Appeal, No. 210, Oct. T., 1909, by plaintiff, from order of C. P. No. 2, Phila. Co., Sept. T., 1905, No. 1,390, M. L. D. making absolute rule to strike off municipal lien for paving in case of City of Philadelphia to use of The Vulcanite Paving Company v. Fairhill Railroad Company. Before RICE, P. J., PORTER, HENDERSON, MORRISON, ORLADY, HEAD and BEAVER, JJ.   Affirmed.

Scire facias on municipal claim for paving.

*Error assigned* was order making absolute rule to strike off the lien.

*Walter Biddle Saul*, with him *E. O. Michener*, for appellant.

*E. J. Sellers*, of *Sellers & Rhoads*, for appellees.

PER CURIAM, December 13, 1909:

The counsel for the appellant frankly concede that the question involved in this appeal was decided by this court in Philadelphia v. Philadelphia & Reading Railroad Company, 38 Pa. Superior Ct. 529. They ask for a reversal of the decision rendered in that case. We have fully reconsidered this question in the light of the able argument of appellant's counsel, but are unable to reach a different conclusion from that reached in the case cited. Nor do we deem it necessary to add anything to the opinion of Judge PORTER in that case.

The judgment is affirmed.